IN THE SUPREME COURT OF THE STATE OF NEVADA

BOBBY FRANKLIN, D/B/A DAYDREAM
LAND & SYSTEMS DEVELOPMENT
CO.,

Appellant,

vs.

D.J. LAUGHLIN; AND ATTORNEY
WILLIAM R. URGA,

Respondents.

No. 81432

FILED

JUL 3 0 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying appellant leave to file documents pursuant to his designation as a vexatious litigant. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order denying a vexatious litigant leave to file documents. *Cf. Peck v. Crouser*, 129 Nev. 120, 295 P.3d 586 (2013). This court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

20-27785

cc:    Hon. Linda Marie Bell, Chief Judge
Bobby Franklin
D.J. Laughlin
Jolley Urga Woodbury Holthus & Rose
Eighth District Court Clerk